Commonwealth ex rel. Lombardi *v.* Lombardi, Appellant.

Argued

March 27, 1974. *Francis P. O'Hara,* with him *Fox, Differ, Callahan & Ulrich,* for appellant; *Emanuel A. Bertin,* with him *Milton O. Moss,* and *Pechner, Sacks, Dorfman, Rosen & Richardson,* for appellee.

Order affirmed.